IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

KENDRICK STORY                                              PLAINTIFF
#09289.20

v.                          No. 4:20-cv-1496-DPM

R. NEWBY, APN Wellpath                                      DEFENDANT

JUDGMENT

Story's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

11 March 2021